JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>                  Applicant,<br><br>     v.<br><br>PATRICIA ENGLETON,<br><br>                  Respondent. | Case No. EDMC 17-0021-JGB (KKx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C.§ 636, the Court has reviewed the Application for Order Requiring Compliance with Administrative Subpoena Ad Testificandum A-1-Y0P2G9 ("Application"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) the Application is GRANTED; and (2) Respondent Patricia Engleton is ordered to appear, as directed in the Subpoena A-1-Y0P2G9, before an Agent for the Regional Director of the National

///
///
///

Labor Relations Board at 21 Region office and answer questions related to the matters under investigation **within ten (10) days** of this Order.

Dated: February 12, 2018

HONORABLE JESUS G. BERNAL
United States District Judge